**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____

|  |  |  |
|---|---|---|
| Dr. Ali Al-Attar, Individually | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Affiliates in Plastic Surgery, LLC | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | Case No.  18-5355 |
| | ) | |
| | ) | COMPLAINT FOR MONEY |
| WhoTrades | ) | DAMAGES & |
| d/b/a whotrades.com | ) | INJUNCTIVE RELIEF |
| One Penn Plaza | ) | |
| 16th Floor | ) | JURY TRIAL DEMANDED |
| New York, New York  10119 | ) | |
| Serve:  TBD/Private Process | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ABC Media, Ltd. | ) | |
| a/k/a Zero Hedge | ) | |
| d/b/a zerohedge.com | ) | |
| Address Unknown | ) | |
| Serve: TBD/Private Process | ) | |
| | ) | |
| and | ) | |
| | ) | |
| "Zero Point Now" | ) | |
| d/b/a ibankcoin.com/zeropointnow | ) | |
| Address Unknown | ) | |
| Serve:  TBD/Private Process | ) | |
| | ) | |
| and | ) | |
| | ) | |
| iBankCoin | ) | |
| d/b/a ibankcoin.com | ) | |
| Address Unknown | ) | |
| Serve:  TBD/Private Process | ) | |

[Cont. Next Page]

1

```
                           and              )
Austin Frank, Individually                  )
a/k/a Today in Politics                      )
d/b/a tipolitics.com                         )
Address Unknown                              )
Serve:  TBD/Private Process                 )
                                            )
                           and              )
                                            )
Karmaholic Media                            )
136 E South Temple, Suite 1400              )
Salt Lake City, UT 84111                     )
Serve:  TBD/Private Process                 )
                                            )
                  Defendants.                )
_____)
```

## **COMPLAINT**

Summary of Action:  This Complaint details the malicious defamation of a respected Washington DC surgeon by an anonymous blogger using a clandestine online network.  Suit is required because after months of pursuing defendants to terminate their spread of what even they have conceded was a mistaken and false news story, they continue to spread the libel intentionally defaming Plaintiff and his medical practice.   As of this filing, Defendants continue publishing reports that Dr. Ali Al-Attar finances terrorism, is a fugitive from justice and is a failed and incompetent doctor.  The Defendants are concealing and denying deny their relationships, hiding the nature and extent of their digital network and refusing to respect their legal and social obligations to be responsible for their tortious behavior and damage done to innocent parties.  The defendants appear to operate an extensive, undocumented and essentially anonymous digital network of websites, social media accounts and other digital relationships to swiftly spread news stories they desire to spread.  However, when that network is admittedly disseminating factually incorrect reports, causing real harm and damage to innocent parties, they now deny the network and the relationships.  Defendants digital properties are libeling Plaintiffs, are under the control or under the influence of the Defendants and nearly every website and account used in the network operates anonymously, pseudonymously and with legal ownership either concealed or false information listed.  Plaintiffs require judicial intervention to terminate the libel, to identify the extent of damage and to order Defendants to account for their actions, issue a retraction and establish a correction reporting mechanism for their online properties to prevent a recurrence of this situation. Plaintiffs seek their actual money damages, plus a $75 million

dollar punitive and exemplary award to deter the Defendants specifically, and to make an example of Defendants to others who might engage in similar misconduct.  Plaintiffs also seek affirmative relief as detailed herein to prevent a recurrence of this situation. In the following Complaint, all factual allegations and averments are being made upon that information that is currently available to the Plaintiffs and to their counsel and all such allegations are being made and plead in good faith.

## Parties

1.  Plaintiff Dr. Ali Al-Attar ("Dr. Al-Attar") is an individual, resident of Bethesda, Maryland and a successful and respected reconstructive and plastic surgeon.

2.  Plaintiff Affiliates in Plastic Surgery, LLC ("Affiliates") is a surgical practice owned and operated by Dr. Al-Attar.

3.  Defendant WhoTrades is a Russian owned publisher of financial news and provider of online trading services with offices and business operations in this judicial district.

4.  Defendant Zero Hedge is an online publisher of financial news and information with offices believed to be in West Germany.

5.  Defendant Zero Point Now ("ZPN") is an online financial news blogger who writes for both Defendant iBankCoin and for Defendant Zero Hedge.

6.  Defendant iBankCoin.com ("IBC") is an online publisher of financial news and information with offices believed to be in West Germany.

7.  Defendant Austin Frank is an individual, writer and publisher of Today in Politics and the publisher of financial news and information of Today in Politics.

8.  Defendant Karmaholic Media is an unincorporated association and online publisher of news and information with a business address of 136 E South Temple, Suite 1400, Salt Lake City, UT 84111.

**Jurisdiction and Venue**

9. This Court has subject matter jurisdiction over this suit pursuant to 28 U.S.C. §1332 with complete diversity of citizenship between Plaintiffs and Defendants and the amount in controversy exceeding $75,000.00, exclusive of interest and costs.

10. This court has personal jurisdiction over Defendant WhoTrades which has offices and business operations in this judicial District and all other Defendants are subject to this court's personal jurisdiction over them pursuant to exercise of New York's Long Arm statute.

11. Venue is proper in this District because it is the judicial district in which lead Defendant WhoTrades does business and has offices in New York city and because a substantial part of the events and omissions giving rise to the Plaintiffs' claims occurred here.

**Facts**

12. During Christmas week 2017, multiple family, friends and professionals contacted Dr. Al-Attar advising they had seen one or more online articles prominently displaying the doctor's photo and reporting that he was a terrorist and fugitive from justice.

13. The article was authored by Defendant ZPN and Defendant iBankCoin.com is the earliest identified publisher.

14. The article carried no copyright, no consistent byline and nothing that would indicate it was being published and promoted by a syndicate or alliance of parties.

15. One version of the many versions of the libelous article, this version published on June 1, 2018, is appended as Exhibit A.

16. Parties contacting Dr. Al-Attar said they had seen the report and articles and variations of a blogpost by Defendant Zero Point Now.

17. Dr. Al-Attar told all contacts that he was a victim of a terrible mistake and that he believed the matter would be corrected promptly.

18. The photograph of Dr. Al-Attar used in the libel is his personal property and created and used for medical licensure and/or professional listings.

19. The photograph appears to have been taken without authorization from a medical website and this is under investigation.[1]

20. Defendants appear to have created, operate, actively conceal and do not want to disclose a network of digital websites, links and business relationships and used to spread selected information (hereafter "Defendants' Network").

21. Currently, Plaintiffs believe Defendant ZPN is the earliest source of the libel.

22. This initial libelous blog post was posted on Defendant IBC's website and disseminated via Defendants' Network and by Defendants Zero Hedge (and Who Trades).

23. The Defendants' Network spread the libel to at least two dozen plus websites including those of Defendant Austin Frank's TIPolitics blog and to Defendant Karmaholic Network's syndicate of linked websites.

24. The libelous article and appears designed to conceal that a network and an organized information distribution method was being used to disseminate it.

25. Of the over two dozen websites displaying the libelous content, nearly two-thirds are publishers of financial news and information, suggesting that Defendants' Network is

---

[1] The infringement of Plaintiff's copyright in his photo (the copyright registration for which is currently pending and in process by the US Copyright Office) will be the subject of amendment and this Complaint had to be filed immediately because of Defendants'' active libeling of Plaintiffs.

primarily focused on financial news but as the libel here shows, the publishing and reporting includes political news.

26. Defendant Zero Hedge falsely denied existence of any relationships between it and other online properties.

The Elements and Nature of Defendants' De Facto Network

27. Defendants' Network appears to comprise at least three elements:   1) Websites designed, created, owned, controlled and/or influenced by Defendants and where the sites can display any content Defendants' desire and which are falsely held out to the public as being independent, often listing fake or pseudonymous owners; 2) Websites that were once independent and/or authentic online properties but who were acquired, purchased or somehow came under the control and influence of the Defendants and again where Defendants' control and influence is concealed, where they can post content of their choosing and where the public and visitors to the site are intentionally misled into believing the sites are owned and operated by independent third parties; and finally 3) social media accounts that the Defendants controls on the major social media platforms and which accounts are subject to both computer and human control by the Defendants.

28. Defendants' Network appears to share internet traffic, web postings and online links between and among the above-mentioned websites and social media platforms.

29. The Defendants' Network and its many websites operate as media amplifiers making a story appear on more web pages than it might naturally appear on, and the social media accounts Defendants control allow them to literally send and bounce traffic and links back and forth between controlled and/or influenced web properties and social media accounts and creating the illusion of traffic, volume and real public interest in Defendants

6

websites and content and which explains how the original libel of Plaintiffs could spread so swiftly.

30. Defendants' Network allows Defendants to create the false impression that the content they promote is being shared by many individuals and different websites and social media users.

31. One objective of Defendants' Network was to deceive the algorithms and ranking models used by internet search engines and social media sites to rank and display content.

32. One objective of the Defendants Network was to cause those social media properties and search engine services to up rank and promote the news and content Defendants chose to promote (e.g. resulting in content being more highly placed in the Facebook News Feed).

33. Defendants Network allowed them to spread the libelous article faster and far more prominently.

34. The websites in Defendants' Network function as media amplifiers allowing Defendants' to promote content they prefer to a wider audience than such content would otherwise attract if it were not being artificially exchanged, shared and promoted on Defendants' Network.

Defendants Failed to Remove Libelous Content and Denied Their Relationships

35. Of the over two dozen websites identified as carrying the libelous story written by Defendant ZPN, the majority were financial news, equities or stock trading related.

36. Early in the investigation of this libel, Defendant Zero Hedge represented in writing that 1) it had removed all libelous materials and 2) expressly denied any network, relationships or links existed between or among them.

37. Early in the investigation, Defendant IBC also asserted it had removed all offending content and denied any network or formal relationships existed among Defendants.

38. In March 2018, Plaintiffs learned that Zero Hedge and IBC were misrepresenting facts to Plaintiffs.

39. Plaintiffs discovered that both Defendant Zero Hedge and Defendant IBC were continuing to publish the libelous content, hosting it on their computer servers and making the libelous photo to members of Defendants' Network and to anyone on the internet requesting it.

40. Plaintiffs discovered the denied relationship Zero Hedge saying it had no links and no control over third parties, Plaintiff discovered that Defendant WhoTrades and its large computer server network were literally hosting, linking, and promoting all the content and reporting of Zero Hedge.

41. The concealed WhoTrades relationship is important it explains the wide and swift dissemination and because WhoTrades is a large, sophisticated and globally recognized financial publisher and trading entity.

42. The WhoTrades subdomain relationship with Zero Hedge helps explains how an obscure blog post could be widely published.

43. The Defendants hide links because they would show how they spread content by agreement not naturally or by popularity of the content.

44. Defendants' Network is used to spread content from small sites to large audiences and shows how a small publisher site publisher like Defendant iBankCoin can use links and relationships with Defendant Zero Hedge (a larger and broader online platform) who in

turn has links and shares traffic with Defendant WhoTrades which is one of the largest and sophisticated online stock and news platforms.

45. Defendant Zero Hedge and Defendant WhoTrades established a deep business and technical relationship that they have denied and yet continue to use to injure Plaintiffs.

46. Defendants WhoTrades and Zero Hedge have an internet relationship known as a 'subdomain' whereby Zero Hedge and its website and content are literally published within and upon the WhoTrades website and computer platform.

47. By way of analogy, a subdomain is akin to a large retail store allowing another boutique (or sub-store) to exist inside of it and where the sub-store or subdomain enjoys and benefits from the large traffic and activity of the larger store or web property.

48. The subdomain relationship between WhoTrades and Zero Hedge helps explain how swiftly the libel of Plaintiffs spread and how content of Defendants' choosing was disseminated and propagated.

49. The WhoTrades and Zero Hedge subdomain relationship includes shared links, shared computers and exchanged traffic and is form of sponsorship, affiliation, linkage and most importantly, control between and among Defendants which has been denied.

50. Zero Hedge, IBC and Zero Point Now did not disclose their relationships to conceal and avoid examination of who and what comprises Defendants' Network.

51. A second example of links and undisclosed relationships among the Defendants was revealed by Plaintiffs monitoring of sites publishing the libel and believed to be part of Defendants' Network.

52. When Plaintiffs' counsel issued initial demands to the Defendants it could locate, and early in this investigation when this matter was believed to be one of journalistic error

that should be correctable via legal notice, Plaintiff was monitoring certain websites.
controls.'

53. Concurrent with Defendants Zero Hedge and IBC being contacted by Plaintiffs' counsel, and as they both initially pulled down libelous content while denying any links or relationships, multiple monitored sites hosting the libelous article also instantly and at the same time pulled down their versions without receiving any notice or contact from Plaintiffs suggesting a link between Zero Hedge and/or IBC and these other online properties.

54. The monitored properties include those in Defendant Karmaholic Media's network of sites.

55. The Karmaholic Media web properties appear to be examples of fake or synthetic websites operating as media amplifiers promoting the content of the Defendants' choosing and essentially operating as a controlled subnetwork.

56. Karmaholic Media properties include, but are believed to not be limited to, the websites wallstreetarma.com, marketarmor.com, tradermantras.com and blackswanalert.com.

57. The Karmaholic Media properties are all substantially identical sites, all appear designed and cloned from the same digital template and authoring tool, all have a similar logotype, branding, graphics and trade dress, and most tellingly, all have identical legal Terms of Service and Privacy Policies (down to having the same typographical and formatting errors in those legal notices).

58. The Karmaholic Network sites are a part of Defendants' Network and used to promote, publish and amplify any content posted on them and the defamation of Plaintiffs was advanced and made more damaging by the operation of these sites.

59. The Defendants control and/or have a legal and business relationship with Karmaholic Media that they are denying and concealing.

60. The WhoTrades and Zero Hedge subdomain relationship, and the coordinated actions of the named Defendants and the actions of the Karmaholic Media properties reveal and suggest a deep and falsely denied sponsorship and relationship among Defendants and Defendants relationships will be explored in discovery and via subpoenas to third parties.

61. Plaintiffs have been unable to learn much about Defendants and Defendants' Network because of their secrecy and concealment and have issued dozens of evidence preservation notices to various parties believed to hold relevant data asking they preserve all discoverable information for discovery.

62. Finally, the court is advised Plaintiff intends to amend this Complaint, believes a civil racketeering claim is warranted here, will take initial discovery, and as indicated regarding the theft of Plaintiff Dr. Al-Attar's copyrighted photo and the infringement claims related thereto, will move this court when appropriate to add claims and defendants.

### CAUSE OF ACTION
### Intentional Tort – Defamation Per Se
### (As against all Defendants)

63.  Plaintiff repeats, reiterates, and re-alleges each allegation above as though set forth herein.

64. The elements of defamation include a false statement, published to third parties, and with resulting damages.

65. To establish libel per se, where a Plaintiffs damages are legally presumed, the additional element that the false statements directly injure the plaintiff in his trade, business, or profession or accuse him of committing a serious crime must be present.

66. Through their direct and intentional publication of false facts, at multiple websites and where the false facts being reported attack and malign Dr. Al-Attar as a terrorist, fugitive from justice and a professional failure, the Defendants have published statements concerning Plaintiff that are libelous per se.

67. Defendants also have disparaged and libeled Plaintiff Affiliates in Plastic Surgery, and caused damage to its reputation, profits and brand by the publication of false and damaging facts about the founder and owner of Affiliates, Dr. Al-Attar.

68. By reason of the foregoing acts of Defendants, Plaintiffs have sustained, are suffering and will continue to suffer from severe personal, emotional, reputational and financial damages.

**PRAYER FOR RELIEF**

**WHEREFORE**, upon all the facts and circumstances herein alleged, Plaintiff respectfully requests that this Court:

A.      Grant judgment against Defendants on the cause(s) of action alleged;

B.      Granting an injunction ordering all Defendants to 1) provide information detailing all instances of publication of the libel, 2) cooperate with Plaintiffs and issue an appropriate and complete retraction of the original libel, 3) as to Defendants WhoTrades, Zero Hedge, Austin Frank, iBankCoin and ZPN for these Defendants to sign a letter of apology to Dr. Al-Attar and to authorize perpetual publication of that apology by Plaintiffs in forms and manners required to address the damage

done and to ensure that Plaintiff's name remains clear in the future; and 4) that all Defendants establish for their online properties and method for the Defendants to be contacted by the public when seeking correction or investigation of mistaken factual reporting as occurred herein;

C.    Granting Plaintiff an award of all actual damages suffered including all costs of litigation including attorneys' fees;

D.    Ordering that Defendants pay a $75Million dollar punitive and exemplary award and allocating that damage across all the identified defendants with each to pay proportional to their culpability as established at trial and using each Defendants' relative online market share to fairly apportion and thereby hold each Defendant accountable and responsible for their libelous acts;

E.    Granting any other relief this Court deems just, proper, and equitable.

Respectfully Submitted,

s/Paul J. Bottari/s

Paul J. Bottari, SDNY Bar UID PJ3216

Lead Counsel (To Seek Admission):
James A. Powers, Esq.
The Center for Digital Media Litigation
132 Clyde Street, Suite 6
Sayville, NY  11916
jpowers@data-rights.com
Telephone: (301) 915-8088

Local Counsel
William Schwitzer & Associates, PC
820 2nd Avenue, 10th Floor
New York, NY 10017
Telephone: (212) 683-3800
Pbottari@wsatlaw.com
www.wsatlaw.com

Post «Wasserman-Schultz IT Aides Ran Shady "CIA" Car Dealership, Borrowed $100K From Hezbollah Fugitive» in blog Zero Hedge



# Zero Hedge

Feed  Posts

☐ Follow

Send me real-time posts from this site at my email [_____] [ 1 ]

 **Zero Hedge**
19 december

### Wasserman-Schultz IT Aides Ran Shady "CIA" Car Dealership, Borrowed $100K From Hezbollah Fugitive

Luke Rosiak of the *Daily Caller* is out with a [follow-up to a report](#) on the Awan Pakistani IT family who had access to highly sensitive Congressional networks, both on-site and *from Pakistan*, where they are suspected of a variety of crimes -including brokering classified information to hostile foreign governments. Of note, they had access to the **House Permanent Select Committee on Intelligence** - whose members have top secret clearance and are looking into Russian election interference.



## Followers
327



https://zerohedge.whotrades.com/blog/43333141261[6/1/2018 12:15:48 AM]

Post «Wasserman-Schultz IT Aides Ran Shady "CIA" Car Dealership, Borrowed $100K From Hezbollah Fugitive» in blog Zero Hedge

Case 1:18-cv-05355-AT-DCF   Document 2   Filed 06/29/18   Page 15 of 26

Debbie Wasserman-Schultz and Imran Awan

Note Rep. Louie Gohmert's reaction when he learns of the Awan's remote access from Rosiak:

☐ Clip of the year?

☐ https://twitter.com/replouiegohmert?ref_src=twsrc%5Etfw

learns from

☐ https://twitter.com/lukerosiak?ref_src=twsrc%5Etfw

that Debbie Wasserman Schultz indicted staffer teleworking and providing House Dem IT "support" from Pakistan! Full

☐ https://twitter.com/JudicialWatch?ref_src=twsrc%5Etfw

discussion here... https://t.co/4HwY3Jgvd2 pic.twitter.com/VVjkiujJqo

— Tom Fitton (@TomFitton)

☐ https://twitter.com/TomFitton/status/942413693488418816?
    ref_src=twsrc%5Etfw

The Awans also operated a used car dealership known as "CIA" in court filings, which has all the markings of a money laundering operation:

☐ On its Facebook page, CIA's "staff" were fake personalities such as "James Falls O'Brien," whose photo was taken from a hairstyle model catalog, and "Jade Julia," whose image came from a web page called "Beautiful Girls Wallpaper."

If a customer showed up looking to buy a car from Cars International A, often referred to as CIA, Abid Awan — who was managing partner of the dealership while also earning $160,000 handling IT for House Democrats — would frequently simply go across the street to longstanding dealership called AAA Motors and get one.

While Imran and Abid Awan ran their car dealership in Falls Church, Va. in the early part of the decade, Drug Enforcement Agency officials a few miles away in Chantilly were learning that the Iranian-linked terrorist group frequently deployed used car dealerships in the US to launder money and fund terrorism, according to an explosive new Politico exposé. -Daily Caller

Audio Commentary From RanSquawk:

Live Audio Market Commentary
Free live audio market commentary, news headlines and more from Talking Forex and Zero Hedge

Lawsuit Exposes How The Government's "Justice" System Keeps The Poor, Poor

v 3   K 0   Z 0                    30 minutes ago

Wicked Weather: Midwest Jumps From Coldest April To Hottest May On Record

v 8   K 0   Z 0                    50 minutes ago

China Holds The Cards In Trump's Trade War

v 15   K 0   Z 0                   1 hour ago

Why Turkey And Argentina Are Doomed, In One JPMorgan Chart

v 19   K 0   Z 0                   1 hour ago

"Based on the modest way Awan was living, it's possible he was
sending most of his money to a group or criminal organization that could very
well be connected with the Pakistani government," said Wayne Black - a private
investigator who worked in Janet Reno's Miami public corruption unit, adding "My
instincts tell me Awan was probably operating a foreign intelligence gathering
operation on US soil."

In February, the *Daily Caller* dropped two bombshells: that the Awans were under
criminal investigation after being caught accessing congressional computers without
permission, and they had borrowed, laundered, and never repaid $100,000 from a
shady Iraqi expat physician – **Dr. Ali al-Attar**, a Hezbollah-linked fugitive who led a
group of other expats which regularly advised the Bush administration on their plans to
invade Iraq in 2002-2003 (source).

> Philip Giraldi, a former CIA officer, wrote that Attar "was observed in Beirut,
> Lebanon conversing with a Hezbollah official" in 2012–shortly after the loan
> was made. –DC



*Dr. Ali al-Attar*

Al-Attar's license to practice medicine was revoked by the Maryland State Board of
Physicians and he had to pay a $50,000 fine for unprofessional conduct, healthcare
fraud, and failure to cooperate with an investigation.

Malaysia's Mahathir's Reforms
Could Put Saudi, UAE On The
Spot

v 21  K 0  Z 0                    1 hour ago

Comey Grilled As Feds
"Seriously" Consider Charging
McCabe In Criminal Referral

v 27  K 0  Z 0                    2 hours ago

Stefan Molyneux: The War On
Tommy Robinson

v 28  K 0  Z 0                    2 hours ago

Japanese Stocks Jump, Yen &
Bonds Dump As BoJ Tapers Its
Bond-Buying Program

v 35  K 0  Z 0                    2 hours ago

The Rise Of Mass Knife Attacks
Around The World Shows The
Problem Isn't Guns. It's People

v 41  K 0  Z 0                    3 hours ago

WSJ Asks Why We Should
Keep Listening To James
Clapper's "Disinformation
Campaign"

v 45  K 0  Z 0                    3 hours ago

Post «Wasserman-Schultz IT Aides Ran Shady "CIA" Car Dealership, Borrowed $100K From Hezbollah Fugitive» in blog Zero Hedge

Case 1:18-cr-05655-AT-RCF   Document 2   Filed 06/29/18   Page 17 of 26





The money which the Awans borrowed **was moved from Ali Al-Attar through accounts intended for Fairfax County real estate**. Both Imran Awan and Khattak — who also put up $200,000 in cash as an investor in CIA — had realtors licenses.

Per the *Daily Caller*:

☐ *It's not clear where the dealership's money was going, because it was sued by at least five different people on all ends of a typical car business who said they were stiffed. CIA didn't pay the security deposit, rent or taxes for its building, it didn't pay wholesalers who provided cars, and it sold broken cars to people and then refused to honor the warranties, [the lawsuits say](#).*

Adding to the list of interesting connections, when the Awans stopped paying vendors of their 'CIA' dealership, **a U.S. Congressman from Florida began paying a monthly salary to a man who had threatened to sue the Awans.**

Post «Wasserman-Schultz IT Aides Ran Shady "CIA" Car Dealership, Borrowed $100K From Hezbollah Fugitive» in blog Zero Hedge

Case 1:18-cv-05355-AT-DCF   Document 2   Filed 06/29/18   Page 18 of 26



*Rep Theo Deutch (D-FL), Awan Benefactor*

> *The brothers had numerous additional sources of income, all of which seemed to disappear. While they were supposedly working for the House, the brothers were running a car dealership full-time that didn't pay its vendors, and after one — Rao Abbas — threatened to sue them, he began receiving a paycheck from Rep. Theodore Deutch (D-FL), who like Wasserman Schultz represents Florida. -Daily Caller*

The Awans were also accused of stealing "huge amounts" of computer equipment from the House. As the *Daily Caller* reports:

> *Shortly before the 2016 election, investigators found huge amounts of House equipment unaccounted for under the Awans' stewardship, and when they looked into the family further, they found that they had logged in to members' computers for whom they did not work. There were signs that the House Democratic Caucus' server "is being used for nefarious purposes and elevated the risk that individuals could be reading and/or removing information," according to a House investigation. They were also moving files online, "a classic method for insiders to exfiltrate data from an organization," the report found, and "steps are being taken to conceal their activity."*

In July, **Imran Awan was was arrested by the FBI at Dulles Airpirt** attempting to leave the country, and was indicted by a grand jury on four counts along with his wife Hina Alvi, on allegations that the pair made **false statements on loan applications before wiring nearly $300,000 to Pakistan.** "'Defendants AWAN and ALVI did unlawfully, willfully, and knowingly conspire, combine, confederate, and agree with each other to commit offenses against the United States," including bank fraud, false statements, and unlawful monetary transactions, the indictment said."

Awan's arrest came days after a *Daily Caller* report that the FBI has seized more equipment from the garage of a house owned by Imran Awan and his wife Alvi after a

Post «Wasserman-Schultz IT Aides Ran Shady "CIA" Car Dealership, Borrowed $100K From Hezbollah Fugitive» in blog Zero Hedge

Case 1:18-cv-05355-AT-DCF   Document 2   Filed 06/29/18   Page 19 of 26

tenant called investigators.

*FBI agents seized smashed computer hard drives from the home of Florida Democratic Rep. Debbie Wasserman Schultz's information technology (IT) administrator, according to an individual who was interviewed by Bureau investigators in the case and a high level congressional source.*

*The congressional source, speaking on condition of anonymity because of the sensitivity of the probe, confirmed that the FBI has joined what [Politico](#) previously described as a Capitol Police criminal probe into "serious, potentially illegal, violations on the House IT network" by Imran and three of his relatives, who had access to the emails and files of the more than two dozen House Democrats who employed them on a part-time basis.*

*Fellow IT staffers interviewed by TheDCNF said the Awans were often absent from weekly meetings and email exchanges. One of the fellow staffers said some of the computers the Awans managed were being used to transfer data to an off-site server.*

*Shortly after the criminal probe was revealed in February, Imran abruptly moved out of his longtime home on Hawkshead Drive in Lorton, Va., and listed it for rent on a website that connects landlords with military families.*

The new tenants were none other than **a retired Marine and his active duty Navy wife**. In the garage, they found "wireless routers, **hard drives that look like they tried to destroy**, laptops, [and] a lot of brand new expensive toner."

After hearing about the House investigation into the Awans on the radio, the tenants called the Navy Criminal Investigative Service (NCIS), and shortly thereafter the FBI and Capitol Police became involved.

Speaking on the condition of anonymity over concerns for his wife's naval career, the former Marine told the Daily Caller:

*"It was in the garage. They recycled cabinets and lined them along the walls. They left in a huge hurry,"* the Marine said. *"It looks like government-issued equipment. We turned that stuff over."*

The Awans also kept their **Imprisoned their stepmother to bilk inheritance money**

Post «Wasserman-Schultz IT Aides Ran Shady "CIA" Car Dealership, Borrowed $100K From Hezbollah Fugitive» in blog Zero Hedge

Case 1:18-cv-05355-AT-DCF   Document 2   Filed 06/29/18   Page 20 of 26



*Jamal and Abid Awan (TheDCNF)*

**THREE DAYS** before U.S. Capitol Police told House members about the Awans, their stempmother called Fairfax County, Virginia police report she was imprisoned in their house - kept from her husband's deathbed. Oh, and they were bugging her with listening devices.

> *A relative described the woman's life as being completely controlled by the brothers for months while they schemed to take their father's life insurance.*
> *-Daily Caller*

After their father died, the Awans carted their stepmother to Pakistan to collect her inheritance - **which they promptly extorted from her**.

So - the Awans, who were in a trusted position - handling some our nation's most sensitive information, ran a shady car dealership, remotely accessed House networks from Pakistan, imprisoned their stepmother and stole her inheritance, took $100K from a Hezbollah-linked doctor, let Rep. Theo Deutch pay their bills, stole *and smashed* computer equipment, and helped Debbie Wasserman Schultz make a call using a *voice changer* to a law firm suing the DNC.

> *The only thing I can conclude from this is that Debbie Wasserman-Schultz had Hezbollah spies working for her.*
>
> *Is Wasserman-Schultz a foreign agent? https://t.co/0NawkbCLd8*
>
> *— Based Monitored??????????? (@BasedMonitored)*
>
> > *https://twitter.com/BasedMonitored/status/943268377283432453?*
> > *ref_src=twsrc%5Etfw*

Post «Wasserman-Schultz IT Aides Ran Shady "CIA" Car Dealership, Borrowed $100K From Hezbollah Fugitive» in blog Zero Hedge

Case 1:18-cv-05355-AT-DCF   Document 2   Filed 06/29/18   Page 21 of 26



Z 0   v 335   □ 0 □

| Just2Trade: $2.50 per trade Deep Discount Broker *50c per option | Just2Trade Community Chat → |



## GBP/JPY Completing ABC Correction, or Simply in a Bearish Continuation

We called this recent dip in GBP/JPY back in the beginning of May when GBP/JPY looked like it was in the middle of a bearish breakout. At the start of this week, we followed up with the breakout an...

Fan Yang

3   0   0



## Lawsuit Exposes How The Government's "Justice" System Keeps The Poor, Poor

Authored by Mac Slavo via SHTFplan.com, It's not a secret that government's want to seize as much from the producers as possible to bloat their power-hungry heads. But a new lawsuit is actually g...

Zero Hedge

3   0   0

Post «Wasserman-Schultz IT Aides Ran Shady "CIA" Car Dealership, Borrowed $100K From Hezbollah Fugitive» in blog Zero Hedge

Case 1:18-cv-05355-AT-DCF   Document 2   Filed 06/29/18   Page 22 of 26



## USDJPY Elliott Wave view: Calling For Bounces To Fail Ahead of NFP?

USDJPY Short-term Elliott Wave view suggests that the rally to 111.40 on May 21 ended intermediate wave (A) as a Diagonal structure coming from March 26 low (104.52) cycle. Pair...

Elliottwave Forecast

4    0    0



## Wicked Weather: Midwest Jumps From Coldest April To Hottest May On Record

"After an incredibly chilly April, May rebounded significantly, featuring record heat late in the month across the Midwest and while not official yet, May could go down as the warmest May on record...

Zero Hedge

8    0    0



## China Holds The Cards In Trump's Trade War

Authored by Tom Luongo, The Trump administration continues to play hardball games with China on trade.  The latest news has China angry over Trump going forward with 25% tariffs on an array of Chi...

Zero Hedge

15    0    0

## Cantel Medical (CMD) Q3 2018 Earnings Conference Call Transcript

Image source: The Motley Fool. Cantel Medical (NYSE: CMD) Q3 2018 Earnings Conference Call May. 31, 2018 11:00 a.m.

Post «Wasserman-Schultz IT Aides Ran Shady "CIA" Car Dealership, Borrowed $100K From Hezbollah Fugitive» in blog Zero Hedge

Case 1:18-cv-05355-AT-DCF   Document 2   Filed 06/29/18   Page 23 of 26

ET Contents: Prepared Remarks Questions and Answers Call Participants Prepare...

Motley Fool
11   0   0



### Why Turkey And Argentina Are Doomed, In One JPMorgan Chart

It was all the rage in 2017. Not long after contrarians like Jeff Gundlach and Russell Clark said to go long Emerging Markets, suddenly everyone was doing it, either as a standalone trade or as pa...

Zero Hedge
19   0   0



### Malaysia's Mahathir's Reforms Could Put Saudi, UAE On The Spot

Authored by James Dorsey via The Turbulent World of Middle East Soccer blog, Newly elected Malaysian Prime Minister Mohammed Mahathir is adopting policies that could reshape the Southeast nation's...

Zero Hedge
21   0   0



### Comey Grilled As Feds "Seriously" Consider Charging McCabe In Criminal Referral



### This Is the No. 1 Financial

Post «Wasserman-Schultz IT Aides Ran Shady "CIA" Car Dealership, Borrowed $100K From Hezbollah Fugitive» in blog Zero Hedge

Case 1:18-cv-05355-AT-DCF   Document 2   Filed 06/29/18   Page 24 of 26

Federal investigators from the D.C. U.S. Attorney's office recently interviewed former FBI director James Comey as part of an ongoing probe into whether former FBI #2 Andrew McCabe broke the law wh...

Zero Hedge

27   0   0

## Setback Among 30- and 40-Somethings

We all experience our share of money-related setbacks in life. For some of us, it's high levels of credit card debt. For others, it's student loans. But if you ask adults in their 30s and 40s what ...

Motley Fool

28   0   0



## Stefan Molyneux: The War On Tommy Robinson

Authored by Stefan Molyneux via Quadrant Online, The rule of law is fragile, and relies on the self-restraint of the majority. In a just society, the majority obey the law because they believe it ...

Zero Hedge

28   0   0



## Can Nektar Therapeutics Disrupt This $20 Billion Market?

If you suffer from chronic back pain, you're not alone. Lower back pain is the second most common cause of disability in the United States and employees miss a combined 149 million days of work eve...

Motley Fool

30   0   0



Post «Wasserman-Schultz IT Aides Ran Shady "CIA" Car Dealership, Borrowed $100K From Hezbollah Fugitive» in blog Zero Hedge

Case 1:18-cv-05355-AT-DCF   Document 2   Filed 06/29/18   Page 25 of 26

## Did Costco's Earnings Really Give Investors Something to Worry About?

It's hard to be a leader. Costco Wholesale (NASDAQ: COST) has developed a reputation for dominating the big-box retail space, with a loyal group of customers who count on getting bargain deals when...

Motley Fool

29   0   0

## Golar LNG Partners Partnership (GMLP) Q1 2018 Earnings Conference Call Transcript

Image source: The Motley Fool. Golar LNG Partners Partnership (NASDAQ: GMLP) Q1 2018 Earnings Conference Call May. 31, 2018 11:30 a.m. ET Contents: Prepared Remarks Questions and Answers Call Pa...

Motley Fool

54   0   0



## Japanese Stocks Jump, Yen & Bonds Dump As BoJ Tapers Its Bond-Buying Program

As if the market needed something else to



spur volatility, The Bank of Japan chose tonight to cut the size of its purchases of 5-to-10 year JGBs (from 450bn to 430bn yen). While yen initially stren...

Zero Hedge

35    0    0

About    Privacy Policy    Terms & Conditions    Glossary