# MILLER KORZENIK SOMMERS RAYMAN LLP

THE PARAMOUNT BUILDING • 1501 BROADWAY, SUITE 2015 • NEW YORK, NY 10036
TEL 212-752-9200 • FAX 212-688-3996 • WWW.MKSR.LAW

August 6, 2019

**By ECF and E-mail**
Hon. Analisa Torres, U.S.D.J.
United States District Court, S.D.N.Y.
500 Pearl Street
New York, New York 10007

**Re:** *Al-Attar et al. v. WhoTrades et al.*, 18-cv-5355
**Resolution in Principle between Plaintiffs and Defendant ABC Media, Ltd.**

Dear Judge Torres:

We represent Defendant ABC Media, Ltd. ("ABC Media"). We write jointly with the undersigned Plaintiffs' counsel to notify the Court that Plaintiffs and ABC Media have reached a resolution of this action in principle. Accordingly, we request that Your Honor enter an Order:

(i) Discontinuing the action as against ABC Media, without costs to either ABC Media or Plaintiffs, and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 30 days of the date of the Court's Order;

(ii) Deeming such Order to be a final discontinuance of the action as against ABC Media with prejudice in the event Plaintiffs have not requested restoration of the case to the active calendar within such 30-day period;

(iii) Vacating any scheduled conferences and deadlines as against ABC Media; and

(iv) Directing the Clerk of Court to mark the case as against ABC Media as closed.

Respectfully submitted,

/s/Gregory Ewing                        /s/ David S. Korzenik
Gregory Ewing                            David S. Korzenik