# MILLER KORZENIK SOMMERS RAYMAN LLP

THE PARAMOUNT BUILDING • 1501 BROADWAY, SUITE 2015 • NEW YORK, NY 10036
TEL 212-752-9200 • FAX 212-688-3996 • WWW.MKSR.LAW

September 6, 2019

**By ECF and E-mail**
Hon. Analisa Torres, U.S.D.J.
United States District Court, S.D.N.Y.
500 Pearl Street
New York, New York 10007

Re:   *Al-Attar et al. v. WhoTrades et al.*, 18-cv-5355
      **Request on Consent for Extension of [82] Order of Discontinuance**

Dear Judge Torres:

We represent Defendant ABC Media, Ltd. ("ABC Media"). As Plaintiffs and ABC Media are still finalizing their agreement to resolve this action (see Dkts. 81-82), we request that the Court extend the time to reopen the action by an additional 30 days: i.e., from September 6, 2019 up to and including **October 7, 2019**.

Plaintiff's counsel consents to this request, which is the parties' first for such an extension.

Respectfully submitted,

/s/ David S. Korzenik
David S. Korzenik

cc: Counsel of Record by ECF